## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

In re:

USA SPRINGS, INC.,

                             Debtor.

Case No. 08-11816 (JMD)

Chapter 11

---

USA SPRINGS, INC.,

                             Plaintiff

v.

USA SPRINGS, INC., A DELAWARE
CORPORATION; USA SPRINGS,
INC., A NEW HAMPSHIRE
CORPORATION; GARRISON PLACE
REAL ESTATE INVESTMENT
TRUST; JUST CAUSE REALTY
TRUST; SWEET REVIEW REALTY
TRUST; GEORGE TOMBARELLO;
WILLIAM GIANOPOULOS;
CYNTHIA GIANOPOULOS; BRETT
GILLESPIE; STEPHANIE
GILLESPIE; ESTHER F. NASSAR
REVOCABLE TRUST; NASSAR
FAMILY TRUST; JOSEPH G.
NASSAR REVOCABLE TRUST;
ARMAND HYATT; SHAREFORCE
COOPERATIVE TRUST; DONALD
WILLEY; ROBERT PULCINELLA;
JOSEPH CURCIO; KEITH
GUILMETTE; THOMAS PORTER;
MARCO ROTONDO; FRANCESCO
ROTONDO; THOMAS SWANSON;
JERRY CROUTEAU; KATHY
MCLAUGHLIN; and ROSWELL
COMMERCIAL MORTGAGE, LLC,

                             Defendants.

Adv. Pro. No. 10-1070 (JBH)

## ORDER GRANTING CONSENTED-TO MOTION FOR ORDER STAYING THE ADVERSARY PROCEEDING AND RELATED DEADLINES

Upon the motion (the "Motion")[1] of USA Springs, Inc., a Delaware corporation, as debtor-in-possession (the "Debtor") for an order staying the adversary proceeding filed by the committee of unsecured creditors (the "Committee") and related deadlines; it appearing that the relief requested by the Motion is necessary and in the best interest of the Debtor, its estate and its creditors; and due notice having been given; and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the adversary proceeding and all related deadlines are hereby stayed until thirty (30) days after the earlier of (i) the effective date of the modified plan; (ii) entry of an order converting the case to Chapter 7; (iii) entry of an order appointing a trustee; or (iv) the entry of an order, after notice and opportunity for hearing, terminating the stay for cause shown; *provided that* no party may move to terminate the stay for cause before August 11, 2011; and it is further

ORDERED, that upon termination of the stay: (i) all parties that have not yet responded to the complaint would have thirty (30) days to do so; and (ii) all deadlines related to the Motions to Dismiss shall be thirty (30) days from termination of the stay; and it is further

ORDERED, that except as provided herein, during the stay, the rights, claims defenses, positions, and arguments of each party are hereby preserved.

Dated:  _____ May 31 _____, 2011

/s/ James B. Haines, Jr.
James B. Haines, Jr.
Bankruptcy Judge
sitting by designation

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Motion.